IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK DUGAN,[1] | § | |
| | § | |
| Respondent Below, | § | No. 143, 2023 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIANE DUGAN, | § | File No. CN22-02010 |
| | § | Petition No. 22-08255 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: June 21, 2023
Decided: July 6, 2023

## **ORDER**

On April 28, 2023, the appellant, Mark Dugan, filed a notice of appeal from the Family Court's order awarding child support. The Senior Court Clerk directed Dugan to pay the filing fee or file a motion to proceed *in forma pauperis* by May 15, 2023. Dugan did not pay the filing fee or file a motion to proceed *in forma pauperis*. On June 5, 2023, the Senior Court Clerk issued a notice, by certified mail, directing Dugan to show cause why this appeal should not be dismissed for his failure to pay the filing fee or file a motion to proceed *in forma pauperis*. Postal records show delivery of the notice to show cause on June 7, 2023. A timely response to the notice to show cause was due on or before June 20, 2023. To date, Dugan has not

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

responded to the notice to show cause, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice